IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01187-WDM-PAC

JOHNNY J. QUINTANA,

    Plaintiff(s),

v.

CAPTAIN EDMOND, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendants' Motion for Leave to Depose Plaintiff (Doc. #42), filed March 20, 2007, is **GRANTED**.  Defendants may depose the plaintiff at the Colorado State Penitentiary.

Dated:  March 22, 2007