IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01187-WDM-PAC

JOHNNY J. QUINTANA,

      Plaintiff(s),

v.

CAPTAIN EDMOND, et al.,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Defendants' Motion to Stay Proceedings (Doc. #47), filed April 24, 2007, is **GRANTED**, as follows:

      The Pretrial Conference set for May 3, 2007 is **vacated**.

      The May 1, 2007 dispositive motions deadline is **vacated**.

      Defendants shall promptly advise the court when the Chaffee County District Court issues a ruling in *Quintana v. Warden of the Buena Vista Correctional Facility*, Case No. 06-cv-79.

      The court may issue a ruling on Defendants' Motion to Dismiss In Part (Doc. #16) before the state court action is concluded.

Dated:  April 26, 2007