IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-WDM-KLM

JOHNNY J. QUINTANA,

    Plaintiff(s),

v.

CAPTAIN EDMOND, and
LT. MCCORMICK,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's Second Motion for Appointment of Counsel [Docket No. 69, Filed October 16, 2007] ("Motion for Counsel"); and Plaintiff's Motion to Subpoena Witnesses [Docket No. 70, Filed October 16, 2007] ("Motion for Subpoenas").

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Counsel is **DENIED**. This is Plaintiff's second motion for counsel filed with the Court. His first motion was denied on August 24, 2007 [Docket No. 63]. The present Motion for Counsel is substantially similar to his previous motion seeking appointment of counsel, and the Court denies it for the reasons set forth in its previous Order.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion for Subpoenas is **DENIED without prejudice**. While Plaintiff is entitled to have the cost of subpoenas borne by the Court and to have subpoenas served by a United States Marshal pursuant to 28 U.S.C. § 1915(d), the Court has the ultimate discretion as to whether the subpoenas should be issued. As such, to obtain the relief that Plaintiff seeks, he must explain to the Court: **(1)** whether he is seeking subpoenas to compel witnesses to provide testimony, documents, or both; **(2)** if he seeks testimony, what arrangements he has made with opposing counsel regarding the location, dates, and times for testimony to be taken and the method and cost of recording the testimony pursuant to Fed. R. Civ. P. 30(b); **(3)** if he seeks documents, what arrangements he has made with opposing counsel regarding the dates and times for documents to be delivered; and **(4)** how each individual to be subpoenaed is related to the controversy. *See, e.g., Guy v. Maio*, 227 F.R.D. 498, 501 (E.D. Wis. 2005). If Plaintiff

chooses to renew his Motion for Subpoenas, his failure to provide the information set forth in items (1) through (4) above will be grounds for denial of the motion.

Dated:      October 31, 2007