IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01187-WDM-KLM

JOHNNY J. QUINTANA,

    Plaintiff(s),

v.

CAPTAIN EDMOND and
LT. McCORMICK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Motion for Leave to Depose Incarcerated Witnesses [Docket No. 74, Filed November 9, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 30(a)(2), the depositions of Jerry Grady, Virgil Anderson, and Timothy Quintana shall be held at the Colorado State Penitentiary at the time and date agreed upon by the parties.

Dated:  November 14, 2007