IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-WDM-KLM

JOHNNY J. QUINTANA,

    Plaintiff(s),

v.

CAPTAIN EDMOND, and
LT. MCCORMICK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's second Motion to Subpoena Witnesses [Docket No. 87; Filed January 23, 2008] ("Motion for Subpoenas").

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Subpoenas is **DENIED without prejudice**. Plaintiff's first motion to subpoena witnesses was denied without prejudice because it was unclear why Plaintiff wanted to issue the subpoenas [Docket No. 73]. The Court directed Plaintiff to explain the purpose for the subpoenas and the relevance of the individuals to be subpoenaed. *See Guy v. Maio*, 227 F.R.D. 498, 501 (E.D. Wis. 2005). While Plaintiff has provided further substantiation for the issuance of subpoenas in his present Motion for Subpoenas, the Court finds that such a request is premature. Plaintiff seeks to subpoena witnesses to testify at trial, however, no trial date has been set. As such, the issuance of subpoenas is not appropriate at this time. *See* Fed. R. Civ. P. 45(a)(1)(A) (requiring a subpoena to include the date the witness is compelled to testify).

Dated:       January 30, 2008