IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-WDM-KLM

JOHNNY J. QUINTANA,

    Plaintiff(s),

v.

CAPTAIN EDMOND, and
LT. MCCORMICK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion of Complaint** [Docket No. 106; Filed June 12, 2008] (the "Motion"). The Motion seeks an order compelling Defendants to submit their trial exhibits to Plaintiff. Pursuant to my Order of April 29, 2008, Defendants were required to provide copies of their exhibits by May 29, 2008 [Docket No. 102]. As of the date of Plaintiff's Motion, he had not received Defendants' exhibits. Defendants responded to the Motion on June 18, 2008 and informed the Court that Defendants attempted to timely comply with the Court's Order, but the exhibits were returned as undeliverable due to an error with Plaintiff's inmate number. *Response* [#109] at 2. Defendant re-sent the exhibits on June 6, 2008, and confirmed that they were delivered to Plaintiff on June 9, 2008. *Id*; [Docket Nos. 109-3, -4].

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Although Plaintiff's receipt of Defendants' trial exhibits was delayed, Plaintiff has not been prejudiced given that no trial date has been set. To the extent that Plaintiff contends that he should also receive trial exhibits marked as Confidential, the Court specifically exempted those from production [Docket No. 102] pending resolution of the Motion for Summary Judgment [Docket No. 84].

Dated:       July 1, 2008