IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01187-WDM-KLM

JOHNNY J. QUINTANA,

    Plaintiff(s),

v.

CAPTAIN EDMOND, and
LT. MCCORMICK,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Final Pretrial Order** [Docket No. 155; Filed July 23, 2009] (the "Motion").  For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  As of the date of this Minute Order, the Court deems Section 6.A of the Final Pretrial Order [Docket No. 103] to be amended to include the following five witnesses for Plaintiff:  (1) Virgil L. Anderson, (2) Jerry D. Grady, (3) Dennis G. Hopkins, (4) Timothy Quintana, and (5) Manuel Rubio.

    IT IS FURTHER **ORDERED** that Plaintiff shall file a supplemental witness list including the above witnesses' addresses and telephone numbers and a short statement on the nature and purpose of each witness' testimony.

Dated:         July 24, 2009