IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-TDL-KLM

JOHNNY J. QUINTANA,

Plaintiff,

v.

CAPTAIN EDMOND AND
LT. MCCORMICK,

Defendants.

_____

## ORDER

_____

Plaintiff's Unopposed Motion to Amend Order Granting Writs of Habeas Corpus

Ad Testificandum **[Doc. No. 173]** is **GRANTED as follows:**  The court's Order Granting

Writs of Habeas Corpus Ad Testificandum [Doc. No. 159] is hereby **amended** to allow

for inmates Manuel Rubio, Virgil Anderson and Jerry Grady to present their trial

testimony by telephone.  Plaintiff's counsel has the responsibility for ensuring the

availability by telephone of the named witnesses at the appropriate time during the trial.

It is so ordered this 1st day of September, 2009.

_____
TIM LEONARD
United States District Judge