IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-TDL-KLM

JOHNNY J. QUINTANA,

Plaintiff,

v.

CAPTAIN EDMOND AND
LT. MCCORMICK,

Defendants.

## ORDER

Upon consideration of plaintiff's Unopposed Motion for Clarification on Exhibit List, Witness List, and *Voir Dire* Procedures **[Doc. No. 174]**, the court orders that the parties' joint exhibit list and their individual witness lists submitted on separate forms are adequate and need not be resubmitted. The court intends to discuss its *voir dire* procedures at the trial preparation conference, which is scheduled for 10:00 a.m. on Tuesday, September 8, 2009. Please note that the conference will be held in Courtroom No. 601 and not the judge's chambers as originally planned.

It is so ordered this 1st day of September, 2009.

*Tim Leonard*
TIM LEONARD
United States District Judge