IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-TDL-KLM

JOHNNY J. QUINTANA,

Plaintiff,

v.

CAPTAIN EDMONDS, and
LT. MCCORMAC,

Defendants.

**ORDER GRANTING LEAVE TO PERMIT TELEPHONE TESTIMONY OF PLAINTIFF'S WITNESSES VIRGIL ANDERSON, JERRY GRADY, and MANUEL RUBIO**

Plaintiff's Unopposed Motion for Leave to Permit Telephone Testimony of Plaintiff's Witnesses Virgil Anderson, Jerry Grady, and Manuel Rubio **[Doc. No. 184]** is **GRANTED.** Virgil Anderson, Jerry Grady, and Manuel Rubio may present their testimony by telephone in the trial to begin on December 7, 2009. The court further orders the Colorado Department of Corrections to permit the witnesses in question to provide trial testimony by telephone, with the specific date and time to be determined. Plaintiff's counsel has the responsibility for ensuring the availability by telephone of the named witnesses at the appropriate time during the trial.

It is so ordered this   21st   day of October, 2009.

*Tim Leonard*
TIM LEONARD
United States District Judge