IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-TDL-KLM

JOHNNY J. QUINTANA,

Plaintiff,

v.

CAPTAIN EDMONDS, and
LT. MCCORMAC,

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO PRESENT WITNESS KENT JOHNSON'S TRIAL TESTIMONY BY VIDEO DEPOSITION**

---

Defendants' Unopposed Motion for Leave of the Court to Present Witness Kent Johnson's Trial Testimony by Video Deposition **[Doc. No. 192]** is **GRANTED.** The parties are granted leave to take a trial preservation video deposition of Mr. Johnson to be played at trial in lieu of live testimony. In the event the court needs to make any rulings on any objections that may have been made during the deposition, the parties are directed to bring these objections to the court's attention as soon as possible so that rulings can be made prior to the time the video deposition is presented to the jury.

It is so ordered this 28th day of October, 2009.

*Tim Leonard*
TIM LEONARD
United States District Judge