IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01187-TDL-KLM

JOHNNY J. QUINTANA,

Plaintiff,

v.

CAPTAIN EDMONDS, and
LT. MCCORMAC,

Defendants.

## O R D E R

Upon Plaintiff's Unopposed Motion to Partially Vacate Order Granting Writ of Habeas Corpus Ad Testificandum as to Dennis Hopkins and Vacate Writ of Habeas Corpus Ad Testificandum for Dennis Hopkins **[Doc. No. 195]**, the court finds that the Motion should be and is hereby **GRANTED.**  The Order granting the Writ of Habeas Corpus Ad Testificandum as to Dennis Hopkins, Inmate No. 97871, is hereby **vacated.** The court further **vacates** the Writ of Habeas Corpus Ad Testificandum issued for Dennis Hopkins.

It is so ordered this 3rd day of December, 2009.

*Tim Leonard*
TIM LEONARD
United States District Judge